UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Byron Sidney Mitchell )
DCDC 194-674 )
2920- Langston Ln. S.E. )
WDC 20023 )
(Enter your full name, prison number
and address)

v.

S. Elwood York Jr. 1923-Ut-Au.N.N. room 293 )
Warden Larry Corbett- D.C. Jail )
C & P- Supervisor Ms. Bennett )
et al )
(Enter the full name and address(es),
if known, of defendant(s) in this
action)

CASE NUMBER   1:05CV01099

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 06/02/2005

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1)   the average monthly deposits to your prison account, or
(2)   the average monthly balance of your prison account for the prior six-month period.

RECEIVED

MAY 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I.    SUCCESSIVE CLAIMS

      Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.    PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )  No (✓)

    C.    If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit.

           Plaintiffs: _N/A_

           Defendants: _N/A_

        2.    Court (if federal court, name the district; if state court, name the county)
           _N/A_

        3.    Docket number _N/A_

        4.    Name of judge to whom case was assigned: _N/A_

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6.  Approximate date of filing lawsuit: __N/A__

7.  Approximate date of disposition: __N/A__

III. **PLACE OF CONFINEMENT**

__Hope Village - Halfway House - 2920 - Langston Ln. S.E. 20023__
__formerly D.C. Jail - 1901 - D. st. S.E. 20003__

A.  Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )
    If your answer is Yes, go to Question III B. If your answer is No, skip Question III B, C and D and go to Question III E.

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?
    Yes (✓)   No ( )

C.  If your answer is Yes to Question III B;

    1.  To whom and when did you complain? __Larry Corbett - 3-14-05__
        __G. Holden 3-28-05__

    2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )

    3.  What, if any, response did you receive? (Furnish copy of response, if in writing.) __I recieved a memoradum, from Larry Corbett, and a recipt from G. Holden__

    4.  What happened as a result of your complaint? __My name was placed back on the halfway house list. From 3-12-05- until 3-29-05. My name wasn't on the halfway house list.__

D.  If your answer is No to Question III B, explain why not.   __N/A__

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )

F.  If your answer is Yes to Question III E;

1. To whom and when did you complain? Larry Corbett - Warden I made a complaint on 3-14-05

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes

3. What, if any, response did you receive? (Furnish copy of response if in writing) recieved a memo, placing me back on the halfway house list.

4. What happened as a result of your complaint? placed again on the halfway house list. If a person isn't on the halfway house list, there chance of going is null

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Byron Sidney Mitchell 194694
   Address: 2920 Langston Ln. S.E. (Hope Village Halfway House)

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: S. Elwood York Jr. _____ is employed as
   Director - Dept. of Corrections at Department of Corrections
   Address: 1923 - Vermont Av. N.W. Wash. D.C. 20001

   Defendant: Larry Corbett _____ is employed as
   Acting Warden at D.C. Jail
   Address: 1901 - D. st. S.E. Wash. D.C. 20003

   Defendant: Ms. Bennett _____ is employed as
   Classification-Parole Supervisor at D.C. Jail
   Address: 1901 - D st. S.E. Wash. D.C. 20003

   Defendant: et-Al _____ is employed
   as _____ at _____
   Address: _____

V. **STATEMENT OF CLAIM**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

I recieved Halfway house placement on 2-23-05, from 2 courtrooms. On 3-10-05, I was called out, for halfway house, but upon waiting for halfway house, personel, at D.C. Jail, my N.C.I.C. (Wales), produced a warrant. I was denied halfway house, so I stayed at D.C. Jail. On 3-12-05, two days later, this (Wales) warrant, was Nollied. At this moment, I am eligible for the halfway house, once again, because the <u>Wales</u>-warrant was nollied. From 3-12-05 until 3-29-05, D.C. Jail staff held me, in jail without my name, on the halfway house list. This caused intentional infliction of emotional & physical distress. My name was put back on the halfway house list, <u>17</u> days later (3-29-05) My due process was denied me, for those 17 days, because my name was taken off the halfway house list, and D.C. Jails negligence prevented my court-ordered halfway house order!!!

VI. **RELIEF**

State briefly exactly what you want the Court to do for you.

Yes, I will appreciate the court, with all due respect, to <u>award</u>, me, for the 17 days, beginning (3-12-05, ending 3-29-05). These were the days that I lived at D.C. Jail without having my due process exercised. My emotional & physical distress level was violated, because of me being denied my release, to the halfway house. Numerously headaches, stress, lack of oxygen, all caused me to be, a lowly feeling human. Also, trying to be in society, to be with family-lovedones, employment, was deferred, because of D.C. Jail disobeying a court order, to get me to a halfway house. (Negligence at the highEst)

Signed this 16th day of May, 2005.

_M. Byrun S. Mitchell_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

May 16, 2005          _M. Byrun S. Mitchell_
(Date)                (Signature of Plaintiff)