1 of 2 pages

# DISTRICT of COLUMBIA
# DEPARTMENT of CORRECTIONS
# CENTRAL DETENTION FACILITY
## INMATE REQUEST SLIPS

DATE 3-28-05

NAME Byron S. Mitchell    DCDC 194674    UNIT NW-2 CELL 13

PLEASE CHECK [X] WHICH OFFICE YOU WISH TO CONTACT

[ ] CHAPLIN'S OFFICE

[ ] CLASSIFICATION & PAROLE

[ ] CLOTHING ISSUE (PLEASE INDICATE YOUR SIZE) _____

[ ] INMATE PROPERTY

[X] OTHER ( SPECIFY ) G. Halden / Staff Member

PLEASE EXPLAIN THE NATURE of YOUR REQUEST BELOW

Dear G. Halden:

As, you know, I filed a grievance based on me, going to the halfway house. It has been awhile, but still no one has answered my (IGP). The reason, I'm writing to you, is because your signature, is on the receipt of the (IGP), that I filed. Why haven't staff answered my grievance? My due process is being violated, plus intentional infliction of emotional distress, is being displayed, on your part!! Let us resolve this issue, my liberty is on the line, plus you're not giving me anything, because the judge already gave me the order, to be in the halfway house. **FILED**

JUN - 2 2005

OFFICIAL SIGNATURE _____    DATE _____

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1099

1 of 2

# DISTRICT of COLUMBIA
# DEPARTMENT of CORRECTIONS
# CENTRAL DETENTION FACILITY
## INMATE REQUEST SLIPS

(Special Request)

DATE 4-18-05

NAME Byron Mitchell     DCDC 194414   UNIT NW2   CELL 18

PLEASE CHECK [X] WHICH OFFICE YOU WISH TO CONTACT

[ ] CHAPLIN'S OFFICE

[ ] CLASSIFICATION & PAROLE

[ ] CLOTHING ISSUE (PLEASE INDICATE YOUR SIZE) _____

[ ] INMATE PROPERTY

[X] OTHER ( SPECIFY ) Acting Warden

PLEASE EXPLAIN THE NATURE of YOUR REQUEST BELOW

Dear Warden Corbett:

Good Morning! This special request is to resolve my crucial point!! On 4-6-05, I put my forma pauperis forms, in Ms. P. Robinson hand, to be cleared for financial reporting. On 4-18-05, I returned to C&P (intrinsic) office, and these forms were not available to me. She told me, that she will pick the forms up later. Sir; how much time does a legal document (forma pauperis) takes to get cleared. This request is not a finger pointing issue. This request is only addressed to you, because of oversight.

'Thanks'

OFFICIAL SIGNATURE _____     DATE _____