# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## PRISONER TRUST ACCOUNT REPORT

Name: __MITCHELL, BYRON__          Registration #: __194674__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

---

To:   Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

BALANCE at time of filing of action:                    __$0.00__

AVERAGE MONTHLY DEPOSITS
during the six months prior to filing
of the action:                                          __$4.17__

AVERAGE MONTHLY BALANCE
during the six months prior to filing
of the action:                                          __$0.00__

I certify that the above information accurately states the deposits and balances in applicant's trust fund account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Date: __25-Apr-2005__

Authorized Signature: _____(signature)_____

Title: __Inmate Finance Asst.__