UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON S. MITCHELL,           ) | |
|                       Plaintiff,    ) | |
|              v.              ) | Civil Action No. 05-1099 (RMC) |
| S. ELWOOD YORK, *et al*.    ) | |
| D.C. Department of Corrections    ) | |
| 1923 Vermont Avenue, N.W.    ) | |
| Washington, DC 20001    ) | |
|                      Defendants.    ) | |

DEFENDANT ELWOOD YORK'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COMPLAINT

Defendant Elwood York[1], by counsel and pursuant to Fed. R. Civ. P. 6 (b), respectfully moves this Court for a two-week extension of time for defendants to file a response to the plaintiff's complaint, through and including October 5, 2005. In support of this motion, defendant states as follows:

1. The answer to this complaint was originally due on September 21, 2005.

2. Undersigned counsel was not assigned to this matter until September 19, 2005. The following two days undersigned counsel was sick and out of the office and thus unable to respond to the complaint or seek an extension of time prior to the date of this motion.

---

[1] The complaint also names as defendants two other D.C. Department of Corrections officials, Larry Corbett and "Ms. Bennett" but upon review of the return of service there is some question whether these defendants were properly served. To the extent that these defendants have been properly served, the District of Columbia respectfully requests that this motion protectively extend to these District employees as well.

Undersigned counsel requires an additional two weeks to research the complaint's allegations and prepare an adequate response.

3.   This request is defendant's first request for an extension of time to file a response to the Complaint.

4.   The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, defendant respectfully requests that the Court extend the time within which defendants may respond to plaintiff's complaint by an additional two weeks, through and including October 5, 2005.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

<u>LOCAL RULE 7.1(m) CERTIFICATE</u>

Because plaintiff has provided a halfway house address and no phone number at which he can be reached, undersigned counsel did not attempt to contact plaintiff to determine his position on this motion.

                        /s/ Carl J. Schifferle /s/
                        CARL J. SCHIFFERLE
                        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1099 (RMC) |
| | ) |
| S. ELWOOD YORK, *et al*. | ) |
| DC Department of Corrections | ) |
| 1923 Vermont Avenue, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT ELWOOD YORK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant Elwood York's Motion for Extension of Time to Respond to the Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

2

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2