UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON S. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, *et al*. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1099 (RMC) |

ORDER

Upon consideration of the Defendant Elwood York's Motion for Extension of Time to Respond to the Complaint, the memorandum of points and authorities in support thereof, any opposition thereto, and for good cause shown, it is by the Court this _____ day of _____, 2005,

ORDERED, that the Defendant Elwood York's Motion for Extension of Time to Respond to the Complaint is hereby GRANTED nunc pro tunc to September 21, 2005; and it is,

FURTHER ORDERED, that the defendants shall respond to the complaint no later than October 5, 2005.

_____
ROSEMARY M. COLLYER
U.S. DISTRICT JUDGE