UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON S. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, *et al*. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1099 (RMC) |

CERTICATE OF SERVICE

I hereby certify that a copy of Defendant Elwood York's Motion for Extension of Time to Respond to the Complaint with accompanying memorandum of points and authorities and proposed order, along with a copy of this certificate of service, was sent on this __23rd__ day of September, 2005, by first-class mail, postage prepaid, to:

Byron Sidney Mitchell
DCDC # 194-674
Hope Village Halfway House
2920 Langston Lane, S.E.
Washington, DC 20003

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov