UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON S. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, *et al*. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1099 (RMC) |

ORDER

Upon consideration of the defendants' motion to dismiss the complaint, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this \_\_\_\_\_ day of _____, 2005,

ORDERED, that the defendants' motion to dismiss the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the complaint is DISMISSED for failure to state a claim upon which relief can be granted.

_____
ROSEMARY M. COLLYER
U.S. DISTRICT JUDGE