UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BYRON SIDNEY MITCHELL,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1099 (RMC) |
| **S. ELWOOD YORK,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on Defendants S. Elwood York and Leona Bennett's Motion to Dismiss the complaint. Plaintiff Byron Sidney Mitchell is advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 14th day of October, 2005, hereby

**ORDERED** that Mr. Mitchell shall respond to Defendants' Motion to Dismiss by **November 18, 2005**. If he does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movants or the case in its entirety.

**SO ORDERED**.

Signed: October 14, 2005                              /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge