Civil Action No. 05-1099 RMC

Byron S. Mitchell
DCDC #194-674
Hope Village halfway house
2920 Langston Pl. S.E.
WDC - 20020

(10-10-05)

RECEIVED
OCT 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
OCT 18 2005
CHAMBERS OF
JUDGE COLLYER

Honorable Judge Rosemary M. Collyer
U.S. District Judge
333 - Constitution Av. N.W.
W.D.C. 20001

Let this be filed
R.M. Collyer
10/18/05

Dear Honorable Judge Collyer:

Respectfully, I write to you, as a citizen,

and as a individual, trying to seek legal counsel.

I would appreciate a lawyer - to assist me, with

my civil action, against S. Elwood York, et al. I am

a layman with these civil procedures, and your help,

with these matters, are greatly appreciated!

Pg. 2

When I first applied- this civil action, the form stated, that I did not have to be legally-proffessional. All the form, asked for, was simple answers. Well, I addressed this civil action, with simple & truthful answers, to the best of my knowledge. I've tried to attain a (Pro Se) lawyer, but they haven't assisted me. I am being bombarded, with legal repudiations, from proffessional lawyers, of the city, and my civil action seems to be weak by comparison. I have no legal-law-library rights, here in the halfway house. There are no passes-given to me, to address my legal fight (civil). There has to be a way for me, to address this civil action, so that your courtroom, can know- what's happening.

P.3

Nonetheless, I filed a civil action - Against the Department of Corrections, et al., and I will honestly contest their lies, fiercely & professionally!

Just recently D.C. Jail, was held liable, to the same mismanagement - incompetence - late departures, as part of my civil action assert. They (d.c. jail), were found wrong and Judge Lamberth, awarded the plaintiffs 12-Million.

Respectfully yours,
M. Byron S. Mitchell
Byron S. Mitchell
DCDC # 194174
2920-Langston Pl. S.E.
Hope Village halfway house
W.D.C. 20020
SSN# 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