UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BYRON S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1099 (RMC) |
| | ) | |
| S. ELWOOD YORK, *et al*. | ) | |
| D.C. Department of Corrections | ) | |
| 1923 Vermont Avenue, N.W. | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANT LARRY CORBETT'S NOTICE OF JOINDER IN DEFENDANTS' MOTION
TO DISMISS THE COMPLAINT

Defendant Larry Corbett, through counsel, hereby gives notice that he joins in the

defendants' motion to dismiss the complaint, filed on October 5, 2005.  While defendant Corbett

was not properly served or otherwise received the summons or complaint, defendant Corbett

now responds to the complaint by seeking dismissal for all the grounds stated in the motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov


CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing notice was sent on this   2nd   day of

November, 2005, by first-class mail, postage prepaid, to:

Byron Sidney Mitchell
DCDC # 194-674
Hope Village Halfway House
2920 Langston Lane, S.E.
Washington, DC 20003


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General


2