UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BYRON SIDNEY MITCHELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1099 (RMC) |
| S. ELWOOD YORK, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on Plaintiff Byron Sidney Mitchell's motion for the appointment of counsel to represent him in this civil rights action. The Court will deny the motion for the following reasons.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the Court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id.*

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, Mr. Mitchell's *pro se* representation thus far, and the degree to which

the interests of justice will be served by appointing counsel, including the benefit the Court may derive from the assistance of the appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited *pro bono* resources available to it. After carefully reviewing and weighing these factors, the Court concludes that the appointment of counsel is not warranted at this time. Accordingly, it is hereby

**ORDERED** that Mr. Mitchell's motion for the appointment of counsel [Dkt. # 10] is **DENIED** without prejudice; and it is

**FURTHER ORDERED**, *sua sponte*, that the time for Mr. Mitchell to respond to Defendants S. Elwood York and Leona Bennett's Motion to Dismiss is **ENLARGED**. Mr. Mitchell shall file his response no later than December 19, 2005, or, as previously advised, the Court will treat the motion as conceded and may dismiss the complaint against the movants or the case in its entirety.

**SO ORDERED**.

Date: November 21, 2005                             /s/
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge