UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON SIDNEY MITCHELL,
Plaintiff,

v.

S. Elwood York, et al.,
Defendants.

Civil Action No. 05-1099
(RMC)

RECEIVED
DEC 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPONSE TO
S. Elwood York, et al, motion to Dismiss

This matter is before the Court, for Plaintiff Byron Sidney Mitchell, on his response, to Defendants S. Elwood York et al, for the following reasons.

1. On the matter of Plaintiff Byron Sidney Mitchell, not stating a claim is inaccurate, at best. Trying to determine the financial cost, to my humane conscious, is heavy to determine. The significance of overall damage to my physical body, being in d.c. jail, can only be weighed, at a future date. This is pertaining to the days/nite of me being held over my time. My psychological damage, is so distressful, that being denied, the chance or opportunity to be employed, to be near family, to be in society, is heavy to determine. The debilitating fact, that these officials knowingly, kept me beyond the legal limit, without legal reason, is also very heavy to determine.

cont'd.

Now based on Compensatory claim, I, the Plaintiff Byron Sidney Mitchell, asks) The Court Respectively for:

$1,500.00, for each day, that I was held unlawfully at D.C. Jail. (One Thousand and Five Hundred)

Now based on Punitive claim, I, the Plaintiff Byron Sidney Mitchell, asks) The Court Respectfully for:

$75,000., for the harshness, of the debilitating emotional and psychological damage, invoked, while being held at d.c. jail longer than allowed, by law. (Seventy Five thousands dollars)

2. On the matter of Plaintiff Byron Sidney Mitchell, mis-stating the days, of his being held at d.c. jail, while he was supposedly to be in the halfway house. This is a legible matter of facts, stated in the Civil Action, originally. Acting Warden Corbett, stated in Grievance form, that I, was placed back on the halfway house list, etc.

In closing, I'd keep a light, shining to the out come of this Civil Action. May we move forward

Respectfully submitted
X Mr. Byron S. Mitchell
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

(12-15-05)                                              Note #

Season's Greetings:

At this time, I will let the court know, that I am now, at C.T.F. 1901-E. st. S.E. Since my arrival, from CDF 1901-D. st. S.E., CTF has been on 24 hour-lockdown! I, arrived on C.T.F. property on 12-4-05, from D.C. Jail. I have no access, to writing paper (legal), nor the law library. My knowledge of the law, isn't proffessional, nor is it literate, for that matter! Up until 10-11-05, I was at Hope Village Halfway house. Upon returning to D.C. Jail, at that time, my property was destroyed. I do not have my original Civil Action No. 05-1099 Claim. I need a copy of this, because if my <u>shoddy response to York-motion to dismissed</u>, is denied, then I'll need my original civil action No. 05-1099, to refile my honest complaint. Also, I do not have York's motion to dismiss. This was also in my property, at the halfway house. Upon leaving a halfway house, back to d.c. Jail, no property can be taken with you. I will reply to York's motion to dismiss, but I cannot site any laws, and I only vaguely reading the motion.

Beggingly yours,
X Byron S. Mitchell
Byron S. Mitchell
194604
1901-E. st. S.E.