UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON SIDNEY MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1099 (RMC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the Complaint [Dkt. #8] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants on the federal claim, and this case is **DISMISSED**. This is a final, appealable Order.

**SO ORDERED**.

Date: May 30, 2006                                       /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge